

CLERK, U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

The following constitutes the ruling of the court and has the force and effect therein described.

Signed April 22, 2019

**United States Bankruptcy Judge**

___

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | |
|---|---|
| IN RE: | BANKRUPTCY NO. |
| HENRY CLAY CARR, JR | 18-44306-7 |
| DEBTORS | CHAPTER 7 |

### ORDER EXTENDING TIME FOR FILING A REAFFIRMATION AGREEMENT

The Court having considered the Motion of the Debtors to extend the time for filing the Reaffirmation Agreement between the Debtors and Astera Credit Union finds that the Motion should be granted. IT IS THEREFORE ORDERED that the deadline for filing the Reaffirmation Agreement between the Debtor and Astera Credit Union is hereby extended until May 20, 2019.

### END OF ORDER ###

Prepared By:
Alvin Malone
State Bar No. 24085446
Law Offices of Al Malone
3100 W. Southlake Blvd, Suite 110
Southlake, TX 76092
(817) 953-3112
(817) 953-4656

ATTORNEY FOR DEBTOR